IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-7-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| KENDALL JOHN RIEL and GWEYNN MARIE BROWN, | |
| Defendants. | |

The United States having moved unopposed for a Preliminary Order of Forfeiture, (Doc. 60), the Court finds:

THAT the defendants, Kendall John Riel and Gweynn Marie Brown, pled guilty to Count II of the Indictment, which provides a factual basis and cause to issue a forfeiture order forfeiting the firearms described in the Indictment under 21 U.S.C. § 853 and 18 U.S.C. § 924(d).

THAT prior to the disposition of the asset, the United States Marshal's Service, the Bureau of Alcohol, Tobacco, Firearms and Explosives, or a designated sub-custodian, is required to seize the forfeited property.

Accordingly, IT IS ORDERED:

1

THAT the government's motion (Doc. 60) is GRANTED;

THAT Riel and Browns' interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853:

- $4,883 cash
- Black Ruger LCP, SN 371594340
- Springfield Armory .45 caliber pistol, SN LW499660
- Smith & Wesson .38 caliber revolver, SN CWF4140
- Henry Repeater .22 caliber rifle, SN 298751H
- Ruger .22 caliber rifle, SN 0019-12986
- Mossberg .22 caliber rifle, unknown SN
- Smith & Wesson, SN PAU5860
- Taurus .38 revolver, SN 841330
- Sturm Ruger model P90DC .45 caliber, SN 660-42752
- Miscellaneous ammo

THAT the United States Marshal's Service, the Bureau of Alcohol, Tobacco, Firearms and Explosives, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive

2

days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 26 U.S.C. § 5872(b), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 9th day of July, 2024.

_____
Donald W. Molloy, District Judge
United States District Court