IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-7-M-DWM-1 |
| Plaintiff, | |
| vs. | ORDER |
| KENDALL JOHN RIEL, | |
| Defendant. | |

Defendant Kendall John Riel having moved unopposed to file his sentencing memorandum under seal,

IT IS ORDERED that the motion (Doc. 70) is GRANTED. The defendant may file his sentencing memorandum under seal.

DATED this 23rd day of August, 2024.

_____
Donald W. Molloy, District Judge
United States District Court

1