IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENDALL JOHN RIEL,<br><br>Defendant. | CR 24-7-M-DWM-1<br><br><br><br>NOTICE |

In anticipation of sentencing in this matter, the Court provides notice that it is aware of the defendant's request for a downward variance based on the uncredited, pre-indictment time the defendant spent in state custody, (*see* Doc. 72), and shall consider it in imposing sentence. *Cf.* Fed. R. Crim. P. 32(h).

DATED this 21st day of October, 2024.

_____
Donald W. Molloy, District Judge
United States District Court