IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-7-M-DWM-1 |
| Plaintiff, | |
| vs. | ORDER |
| KENDALL JOHN RIEL, | |
| Defendant. | |

In anticipation of sentencing in this matter, Defendant Kendall John Riel has noticed an intent to call two witnesses. (Doc. 73.) Because there are no outstanding objections to the presentence report, it appears that both witnesses would be character witnesses, one of which has already filed a letter, (*see* Doc. 74-1 at 1–2). The Federal Rules of Criminal Procedure do not mandate that such testimony be heard. *See* Fed. R. Crim. P. 32(i)(4) (outlining who must be given the "opportunity to speak"). Riel will be permitted, however, to submit an out-of-time letter by the second proposed witness prior to sentencing.

Accordingly, IT IS ORDERED that the defendant will not be permitted to call character witnesses at sentencing. However, the Court has read the letter

1

submitted by Michael Connell and would review a letter by Sean Rowe if filed by 8:00 a.m. on October 22, 2024.

DATED this 21st day of October, 2024.

                                      Donald W. Molloy, District Judge
                                      United States District Court