IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENDALL JOHN RIEL and<br>GWEYNN MARIE BROWN,<br><br>Defendants. | CR 24-07-M-DWM<br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2).

2. A Preliminary Order of Forfeiture was entered on July 9, 2024. (Doc. 62.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 76.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2).

Accordingly, IT IS ORDERED that:

1. The motion for final order of forfeiture (Doc. 89) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2), free from the claims of any other party, the following property:

- $4,883 cash
- Black Ruger LCP, SN 371594340
- Springfield Armory .45 caliber pistol, SN LW499660
- Smith & Wesson .38 caliber revolver, SN CWF4140637-2[1]
- Henry Repeater .22 caliber rifle, SN 298751H
- Ruger .22 caliber rifle, SN 0019-12986
- Mossberg .22 caliber rifle, unknown SN
- Smith & Wesson, SN PAU5860
- Taurus .38 revolver, SN 841330
- Sturm Ruger model P90DC .45 caliber, SN 660-42752
- Miscellaneous ammo

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 7th day of January, 2025.

_____
Donald W. Molloy, District Judge
United States District Court

---

[1] The serial number has been corrected to reflect the accurate serial number, which was incorrectly identified in the preliminary order of forfeiture. The accurate serial number was published as reflected in the Declaration of Publication, (Doc. 76).